IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WACHOVIA BANK, N.A.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | CIVIL ACTION  07-0861-KD-C |
| **BON SECOUR VILLAGE, L.L.C.;** | ) | |
| **EDWARD CANADY; JOSEPH** | | |
| **CANADY, JR.; MICHAEL KNIGHT;** | ) | |
| **RICHARD HOUSTON SKELTON, and** | | |
| **CLINT GUTHRIE** | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on plaintiff, Wachovia Bank, N.A.'s motion for summary judgment (doc. 58) and defendant, Bon Secour Village, L.L.C's[1] "Consent to Judgment" (doc. 81) wherein defendant states that it "consents to the entry of judgment in favor of Wachovia Bank for the amount set forth in its Motion for Summary Judgment."  (doc. 81)  As such, the parties are in agreement that judgment is due to be granted in favor of the plaintiff and against defendant on all of plaintiff's claims and causes of action stated against defendant in the complaint.

Based on the defendant's consent to the judgment, and the record before the court, including the narrative of undisputed facts contained in the plaintiff's brief in support of motion for summary judgment (doc. 59), the Court hereby **ADJUDGES**, **ORDERS**, and **DECREES** as

---

[1] Bon Secour, L.L.C. is the sole remaining defendant in this action.

follows:

1.      Judgment is hereby **GRANTED** in favor of plaintiff, Wachovia Bank, N.A. and against defendant, Bon Secour Village, L.L.C., in the amount of  $ 20,416,689.17.

2.      Each party to bear its own costs.

**DONE** and **ORDERED**  this the 3rd day of February, 2009.

>      /s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**